UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. DEMOS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>    Defendants. | Case No. 18-cv-02544-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has not complied with the Court's order to pay the filing fee or perfect his in forma pauperis ("IFP") application by the deadline. The IFP application is incomplete because: (1) the Certificate of Funds is unsigned, and (2) the prison trust account statement is outdated. Accordingly, this action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain (1) payment for the filing fee of $400.00 or (2) a completed IFP application form. The Clerk shall terminate all motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: 7/18/2018

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge