UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. DEMOS,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES, et al.,<br><br>        Defendants. | Case No. 18-cv-02544-HSG (PR)<br><br>**JUDGMENT** |

A judgment of dismissal without prejudice is entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/18/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge