UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. DEMOS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES, et al.,<br><br>    Defendants. | Case No. 18-cv-02544-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

After frequent filer John R. Demos filed this action, the Court ordered him to show cause "why *in forma pauperis* status should not be denied and this action should not be dismissed pursuant to 28 U.S.C. § 1915(g)." Dkt. No. 12 at 3. Section 1915(g) provides that a prisoner may not bring a civil action *in forma pauperis* "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." The order identified several prior dismissals that appeared to count under Section 1915(g) and noted that Demos had filed over 800 federal actions across the country in the last three decades, leading to pre-filing review orders in at least three courts. The order further explained that Demos could pay the filing fee or could explain why the action should not be dismissed.

Demos has responded by filing a document titled "motion to clarify and show cause." Dkt. No. 13. The filing does not show any reason that the restrictions of Section 1915(g) should not be imposed. Demos has failed to (i) pay the filing fee; (ii) show that he does not have three qualifying strikes under Section 1915(g); (iii) show that he qualifies for the imminent danger exception; or (iv) otherwise show cause why this action should not be dismissed.

Accordingly, Demos's IFP application is DENIED. Dkt. No. 6. This action is DISMISSED without prejudice to Demos bringing his claims in a new paid complaint.

Demos's pending motions are dismissed as moot in light of the dismissal of this action.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 1/25/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge