UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN R. DEMOS,

      Plaintiff,

   v.

UNITED STATES, et al.,

      Defendants.

Case No. 18-cv-02544-HSG (PR)

**JUDGMENT**

This action is dismissed without prejudice to plaintiff asserting his claims in an action for which he pays the full filing fee at the time he files his complaint.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 1/25/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge